ORIGINAL

Approved: /s/ Nicholas B.
Nicholas S. Bradley
Assistant United States Attorney

Before:   THE HONORABLE STEWART D. AARON
          United States Magistrate Judge
          Southern District of New York

19MAG 6975

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :   **SEALED COMPLAINT**

    - v. -                            :   Violations of 18 U.S.C.
                                      :   § 2113(a)
ANTHONY FLYNN,                        :
                                      :   COUNTY OF OFFENSE:
               Defendant.          :   NEW YORK

- - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

       GEORGE LANE, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

### COUNT ONE
(Bank Robbery)

       1.   On or about May 30, 2019 in the Southern District of New York and elsewhere, ANTHONY FLYNN, the defendant, knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management, and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, FLYNN obtained approximately $1,125.00 from a bank by threatening a bank employee.

       (Title 18, United States Code, Section 2113(a).)

### COUNT TWO
(Bank Robbery)

       2.   On or about June 6, 2019, in the Southern District of New York and elsewhere, ANTHONY FLYNN, the defendant, knowingly, by force and violence, and by intimidation, did take, and

attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management, and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, FLYNN attempted to rob a bank by threatening a bank employee.

(Title 18, United States Code, Section 2113(a).)

The bases for my knowledge and for the foregoing charges, are, in part, as follows:

3.  I am a Special Agent with the FBI, and a member of the FBI/New York City Police Department ("NYPD") Violent Crime Task Force (the "Task Force"), and I have been personally involved in the investigation of this matter. This affidavit is based upon my conversations with other law enforcement officers, my examination of reports and records prepared by law enforcement officers and others, and my involvement in this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

<u>The May 30, 2019 and June 6, 2019 Bank Robberies</u>

4.  Based on my conversations with other law enforcement officers and my review of law enforcement reports, I have learned, in substance and in part, the following:

    a.  On or about May 30, 2019, NYPD officers responded to a report of a robbery at a bank located in the vicinity of 340 Avenue of the Americas in New York, New York ("Bank-1"). Upon arriving at Bank-1, the officers spoke to a teller ("Teller-1") and learned that, at approximately 5:38 p.m., a man who has since been identified as ANTHONY FLYNN, the defendant, see infra ¶¶ 5-10, entered Bank-1. As FLYNN approached Teller-1, he pulled out a sword with an orange and red handle that was hidden in his clothes. FLYNN told Teller-1 to "give me the money," "give me seven thousand dollars," and not to "fucking play with me." FLYNN showed Teller-1 another knife concealed in FLYNN's back pocket. Teller-1 began to walk away from the window and told FLYNN that Teller-1's machine was not working. FLYNN said "you fucking playing with me" and began walking

toward other bank customers in the teller line. Teller-1 then told FLYNN there was money in the teller drawer and provided FLYNN approximately $1,125.00. FLYNN took the money and fled the scene.

   b. On or about June 6, 2019, NYPD officers responded to a report of an attempted robbery at a bank located in the vicinity of 335 Columbus Avenue in New York, New York ("Bank-2"). Upon arriving at Bank-2, the officers spoke to a teller ("Teller-2") and learned that, at approximately 3:11pm, a man who has since been identified as ANTHONY FLYNN, the defendant, see infra ¶¶ 11-13, entered Bank-2. At the teller windows, FLYNN passed a note to Teller-2 and told Teller-2 to "read the note." The note stated, "Im [sic] intimate in it like swimwear. This 9 milimeter [sic] could take your collegues [sic] and customer [sic] off the planet[.] Give me demandad [sic] amount read everything but at same time act proffessional [sic] and withdraw the 10,000$ in preferably 100S dollar denominations." Teller-2 began to walk away, at which point Teller-2 told Bank-2's manager that Teller-2 was just passed a note. FLYNN yelled "I want to make a withdrawal" and fled the scene.

### FLYNN is Identified (May 30, 2019 Bank-1 Robbery)

  5. Based on my review of surveillance videos from the May 30, 2019 Bank-1 robbery, I know that the perpetrator of the May 30, 2019 Bank-1 robbery was wearing a dark jacket, backpack, sunglasses, a New York Yankees baseball hat, and a blue striped buttoned shirt.

  6. Based on my review of surveillance videos from the outside of Bank-1 and in the vicinity of Cornelia Street, I know that at approximately 5:43pm, a man resembling the perpetrator (wearing a New York Yankees baseball hat, dark jacket, and backpack) can be seen walking out of and away from Bank-1 and then proceeding westbound on Cornelia Street while quickly removing his clothes. Based on my review of the surveillance footage, it appears that the man walking away from Bank-1 and later removing his clothing on Cornelia Street is the perpetrator of the Bank-1 robbery.

  7. Based on my conversations with other law enforcement officers as well as my review of photographs and other records, I know that, on May 30, 2019, NYPD officers recovered from the vicinity of 12 Cornelia Street a backpack, a tank top, a New York Yankees baseball hat, a blue striped buttoned shirt, a dark

jacket, a sword with an orange and red handle, and a knife, among other items.

8. Based on my review of reports documenting the forensic testing of the various items recovered from the vicinity of 12 Cornelia Street, I have learned, in substance and in part, that a DNA profile from the collar of the blue striped buttoned shirt and the tank top recovered among the items discarded in the vicinity of 12 Cornelia Street matches a pre-existing law enforcement DNA profile of ANTHONY FLYNN, the defendant.

9. Based on my review of the May 30, 2019 surveillance videos from Bank-1 and from the vicinity of Cornelia Street, as well as my review of photographs of ANTHONY FLYNN, the defendant, taken from a law enforcement database, it appears that FLYNN is the man who robbed Bank-1 on May 30, 2019.

10. Based on my conversations with other law enforcement officers, I have learned, in substance and in part, that ANTHONY FLYNN, the defendant, reports to a New York State Parole Officer (the "Parole Officer") who serves as FLYNN's primary parole officer and works with FLYNN on a weekly basis. The Parole Officer reviewed surveillance from the May 30, 2019 Bank-1 robbery and identified the perpetrator as FLYNN.

### FLYNN is Identified (June 6, 2019 Bank-2 Robbery)

11. Based on my review of surveillance videos from the June 6, 2019 Bank-2 robbery, I know that the perpetrator of the June 6, 2019 Bank-2 robbery was wearing a baseball hat, dark sunglasses, and a tan and burgundy colored shirt and appears to be the same person who perpetrated the May 30, 2019 Bank-1 robbery.

12. Based on my conversations with other law enforcement officers, I know that the Parole Officer reviewed surveillance from the June 6, 2019 Bank-2 robbery attempt and identified the perpetrator as ANTHONY FLYNN, the defendant.

13. Based on my review of the June 6, 2019 Bank-2 surveillance and photographs, as well as my review of photographs of ANTHONY FLYNN, the defendant, taken from a law enforcement database, it appears that FLYNN is the man who attempted to rob Bank-2 on June 6, 2019.

Federal Deposit Insurance Corporation

14. From my review of publicly available materials, as well as my training and experience as a Special Agent of the FBI and a member of the Task Force, I know that, at all relevant times, the deposits of Bank-1 and Bank-2 were insured by the Federal Deposit Insurance Corporation.

WHEREFORE, the deponent respectfully requests that ANTHONY FLYNN, the defendant, be imprisoned or bailed, as the case may be.

_____
GEORGE LANE
Special Agent
Federal Bureau of Investigation

Sworn to before me this
26th day of July, 2019

_____
THE HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK