# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

March 23, 2020

**BY ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*Application Granted. Defendant Flynn's sentencing hearing is adjourned to July 30, 2020 at 2:00 p.m. Defendant's submission shall be filed by July 6, 2020. The Government's submission shall be filed by July 9, 2020. The Clerk of the Court is directed to terminate the letter motion at docket number 20.*

*Dated: March 24, 2020*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Anthony Flynn,**
      **19 Cr. 585 (LGS)**

Dear Judge Schofield:

I write, without objection from the government, to respectfully seek a 90-day adjournment of Mr. Flynn's sentencing hearing, currently scheduled for April 28, 2020, and of the corresponding April 6 and April 9, 2020, deadlines for the parties' sentencing memoranda. See ECF No. 16. This adjournment is necessary because the ongoing public health crisis created by the COVID-19 pandemic has interfered with my ability to complete an effective mitigation investigation on Mr. Flynn's behalf and to meet with him at the MCC to adequately prepare for sentencing. See U.S. Const. amends. V and VI.

Respectfully Submitted,

/s/

Andrew Dalack
Assistant Federal Defender

Cc:   Nicholas Bradley
      Assistant United States Attorney