# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 20, 2020

**BY ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Anthony Flynn,**
      **19 Cr. 585 (LGS)**

Dear Judge Schofield:

I write, without objection from the government, to respectfully seek a 60-day adjournment of Anthony Flynn's sentencing hearing in the above-captioned case, which is currently scheduled for July 30, 2020. Because the public health crisis created by the Covid-19 pandemic continues to interfere with Mr. Flynn's ability to meet with counsel and appear in-person for his sentencing proceeding, a modest adjournment of his sentencing date is necessary.

Respectfully Submitted,

_____/s/_____
Andrew Dalack
Assistant Federal Defender

Cc:   Nicholas Bradley
      Assistant United States Attorney

---

*Application Granted. Defendant Flynn's sentencing is adjourned to **October 6, 2020 at 11:00 a.m**. The Clerk of the Court is directed to terminate the letter motion at docket number 25.*

*Dated: July 21, 2020*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE