# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 16, 2020

**BY ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application Granted. The Court recommends that the defendant is housed at a facility as close as possible to the New York Metropolitan area. The Clerk of the Court is directed to terminate the letter motion at docket number 32.

Dated: November 19, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Anthony Flynn,
      19 Cr. 585 (LGS)**

Dear Judge Schofield:

      With apologies to the Court for failing to make this application at the conclusion of today's sentencing proceeding in the above-captioned case, I respectfully request that Your Honor endorse this letter and recommend that the Bureau of Prisons designate Anthony Flynn to a facility as close to New York City as possible. In lieu of an Amended Judgment, I will transmit such endorsement to the BOP's Northeast Regional Office directly.

Respectfully Submitted,

Andrew Dalack
Assistant Federal Defender

Cc:   Nicholas Bradley
      Assistant United States Attorney